JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RONALD J. SMITH, aka RON J. SMITH, | ) Case No. EDCV 09-1340-MMM(RC) |
|---|---|
| Petitioner, | ) |
| vs. | ) |
| RICHARD ALVARADO, | ) JUDGMENT |
| Respondent. | ) |

    Pursuant to the Opinion and Order on a Petition for Habeas Corpus,


    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is SUMMARILY DISMISSED without prejudice.


DATE:  August 21, 2009           _____
                                      MARGARET M. MORROW
                                  UNITED STATES DISTRICT JUDGE

R&Rs-MDOs\09-1340.jud
7/22/09